# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### WESTERN DIVISION

In re: BAGLEY, H.A. JASON                        §        Case No. 12-84706
      BAGLEY, SUMMER A                          §
                                                 §
Debtor(s)                                         §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that
JAMES E. STEVENS                        , trustee of the above styled estate, has filed a
Final Report and the trustee and the trustee's professionals have filed final fee applications,
which are summarized in the attached Summary of Trustee's Final Report and Applications
for Compensation.

The complete Final Report and all applications for compensation are available for
inspection at the Office of the Clerk, at the following address:

U.S. Bankruptcy Court
Stanley J. Roszkowski U.S. Courthouse
327 South Church Street
Rockford, IL 61101

Any person wishing to object to any fee application that has not already been approved or
to the Final Report, must file a written objection within 21 days from the mailing of this notice,
serve a copy of the objections upon the trustee, any party whose application is being challenged
and the United States Trustee.  A hearing on the fee applications and any objection to the Final
Report will be held at 09:30am on 03/12/2014 in Courtroom 3100, United States Courthouse,
327 South Church Street
Rockford, IL 61101 .
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay
dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Dated:  01/30/2014 _____     By:  /s/JAMES E. STEVENS _____

                                                            Trustee

JAMES E. STEVENS
6833 Stalter Drive
Rockford, IL  61108
(815) 962-6611
jstevens@bslbv.com

**UST Form 101-7-NFR (10/1/2010)**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

In re: BAGLEY, H.A. JASON          §    Case No. 12-84706
      BAGLEY, SUMMER A          §
                                   §
Debtor(s)          §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of*      $ _____ 2,700.00

*and approved disbursements of*      $ _____ 80.00

*leaving a balance on hand of* [1]      $ _____ 2,620.00

             **Balance on hand:**      $ _____ 2,620.00

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|-----------|----------|---------------|------------------------|--------------------------|------------------|
| 2 | CSC Logic | 47,168.93 | 0.00 | 0.00 | 0.00 |

Total to be paid to secured creditors:    $ _____ 0.00
Remaining balance:    $ _____ 2,620.00

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|------------------|-----------------|--------------------------|------------------|
| Trustee, Fees - JAMES E. STEVENS | 675.00 | 0.00 | 348.31 |
| Attorney for Trustee, Fees - Barrick,Switzer, Long, Balsley & Van Evera | 3,568.00 | 0.00 | 1,841.14 |
| Attorney for Trustee, Expenses - Barrick, Switzer, Long, Balsley & Van Evera | 834.37 | 0.00 | 430.55 |

Total to be paid for chapter 7 administration expenses:    $ _____ 2,620.00
Remaining balance:    $ _____ 0.00

---

     1 The balance of funds on hand in the estate may continue to earn interest until disbursed.  The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category.  The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: **$**           0.00

Remaining balance: **$**           0.00

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: **$**           0.00

Remaining balance: **$**           0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 18,851.62 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | US BANK N.A. | 18,115.36 | 0.00 | 0.00 |
| 3 | Capital One, N.A. | 736.26 | 0.00 | 0.00 |

Total to be paid for timely general unsecured claims: **$**           0.00

Remaining balance: **$**           0.00

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for tardy general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for subordinated claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

Prepared By:  /s/JAMES E. STEVENS

Trustee

JAMES E. STEVENS
6833 Stalter Drive
Rockford, IL  61108
(815) 962-6611
jstevens@bslbv.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                              Case No. 12-84706-TML
H.A. Jason Bagley                                                   Chapter 7
Summer A Bagley
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0752-3          User: kkrystave      Page 1 of 1          Date Rcvd: Feb 11, 2014
                             Form ID: pdf006       Total Noticed: 13

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 13, 2014.
db/jdb        +H.A. Jason Bagley,    Summer A Bagley,    7414 Briarcliff Dr,    Roscoe, IL 61073-8117
19829942      +Bk Of Amer,    Attn: Bankruptcy/MC: NC4-105-03-14,    Po Box 26012,    Greensboro, NC 27420-6012
20153691      +CSC Logic,    P.O. Box 1577,    Coppell, TX 75019-1577
20447384       Capital One, N.A.,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
21332534      +CitiMortgage, Inc.,    C/O Andrew J Nelson,    Pierce & Associates,    1 N. Dearborn Ste 1300,
               Chicago, IL 60602-4373
19829944      +Csc/bmo Harris Bank,    111 W Monroe St,    Chicago, IL 60603-4095
19829947      +Mortgage Service Cente,    Attn: Bankruptcy Dept,    Po Box 5452,    Mt Laurel, NJ 08054-5452
20139719      ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
               (address filed with court:   US BANK N.A.,     BANKRUPTCY DEPARTMENT,    P.O. BOX 5229,
               CINCINNATI, OH 45201-5229)
19829949      +USAA Federal Savings Bank,    10750 Mcdermott Fwy,    San Antonio, TX 78288-1600
19829950      +Wells Fargo Bank Nv Na,    Attn: Deposits Bankruptcy MAC# P6103-05K,    Po Box 3908,
               Portland, OR 97208-3908

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
19829941      +E-mail/Text: allenl@associatedcollectors.com Feb 11 2014 21:45:33      Assoc Coll,    Po Box 1039,
               Janesville, WI 53547-1039
19829945      +E-mail/Text: bankruptcy.bnc@gt-cs.com Feb 11 2014 21:44:40      Green Tree Servicing L,
               Po Box 6172,    Rapid City, SD 57709-6172
19829946      +E-mail/Text: bnckohlsnotices@becket-lee.com Feb 11 2014 21:44:22      Kohls/capone,
               N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
                                                                                      TOTAL: 3

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
19829948*     ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
               (address filed with court:   Us Bank/na Nd,    4325 17th Ave S,    Fargo, ND 58125)
19829943      ##+Citimortgage Inc,    Po Box 9438,    Gaithersburg, MD 20898-9438
                                                                        TOTALS: 0, * 1, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security
Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the
bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 13, 2014                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 11, 2014 at the address(es) listed below:
              Andrew J Nelson   on behalf of Creditor   CITIMORTGAGE, INC. anelson@atty-pierce.com,
               northerndistrict@atty-pierce.com
              Darron Burke   on behalf of Joint Debtor Summer A Bagley rockford@jordanpratt.com
              Darron Burke   on behalf of Debtor H.A. Jason  Bagley rockford@jordanpratt.com
              Gloria C Tsotsos   on behalf of Creditor   PHH Mortgage Company nd-two@il.cslegal.com
              James E Stevens   on behalf of Trustee James E Stevens jimstevens@bslbv.com
              James E Stevens   jimstevens@bslbv.com,   IL48@ecfcbis.com
              Patrick S Layng   USTPRegion11.MD.ECF@usdoj.gov
              Rocio Herrera   on behalf of Creditor   Federal National Mortgage Association  (Fannie Mae),
               creditor c/o Seterus, Inc. rocio@johnsonblumberg.com,   bkecfnotices@johnsonblumberg.com
                                                                        TOTAL: 8