**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | |
|---|---|
| In re:  BAGLEY, H.A. JASON § | Case No. 12-84706 |
| BAGLEY, SUMMER A § | |
| § | |
| Debtor(s) § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

JAMES E. STEVENS, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned:  $572,550.00                    Assets Exempt:  $59,050.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $0.00            Claims Discharged
                                                  Without Payment: $19,445.62

Total Expenses of Administration: $2,700.00

3) Total gross receipts of $     2,700.00     (see **Exhibit 1** ), minus funds paid to the debtor and third parties of $        0.00    (see **Exhibit 2**), yielded net receipts of $2,700.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $553,543.00 | $47,168.93 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 5,157.37 | 5,157.37 | 2,700.00 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 15,926.00 | 18,851.62 | 18,851.62 | 0.00 |
| **TOTAL DISBURSEMENTS** | $569,469.00 | $71,177.92 | $24,008.99 | $2,700.00 |

    4) This case was originally filed under Chapter 7 on December 19, 2012. The case was pending for 16 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 04/23/2014            By: /s/JAMES E. STEVENS
                                            Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Rental payments for 2418 Crosby Street | 1222-000 | 2,700.00 |
| **TOTAL GROSS RECEIPTS** | | **$2,700.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | CSC Logic | 4110-000 | 46,914.00 | 47,168.93 | 0.00 | 0.00 |
| NOTFILED | Mortgage Service Cente | 4110-000 | 36,144.00 | N/A | N/A | 0.00 |
| NOTFILED | USAA Federal Savings Bank | 4110-000 | 3,185.00 | N/A | N/A | 0.00 |
| NOTFILED | Wells Fargo Bank Nv Na | 4110-000 | 10,755.00 | N/A | N/A | 0.00 |
| NOTFILED | Green Tree Servicing L | 4110-000 | 39,524.00 | N/A | N/A | 0.00 |
| NOTFILED | Bk Of Amer | 4110-000 | 312,176.00 | N/A | N/A | 0.00 |
| NOTFILED | Citimortgage Inc | 4110-000 | 104,845.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$553,543.00** | **$47,168.93** | **$0.00** | **$0.00** |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 4 −CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JAMES E. STEVENS | 2100-000 | N/A | 675.00 | 675.00 | 348.31 |
| Barrick, Switzer, Long, Balsley & Van Evera | 3110-000 | N/A | 3,568.00 | 3,568.00 | 1,841.14 |
| Barrick, Switzer, Long, Balsley & Van Evera | 3120-000 | N/A | 834.37 | 834.37 | 430.55 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $5,157.37 | $5,157.37 | $2,700.00 |

**EXHIBIT 5 −PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

**EXHIBIT 6 −PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | US BANK N.A. | 7100-000 | 15,332.00 | 18,115.36 | 18,115.36 | 0.00 |
| 3 | Capital One, N.A. | 7100-000 | N/A | 736.26 | 736.26 | 0.00 |
| NOTFILED | Kohls/capone | 7100-000 | 594.00 | N/A | N/A | 0.00 |
| NOTFILED | Assoc Coll | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $15,926.00 | $18,851.62 | $18,851.62 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 12-84706  
**Case Name:** BAGLEY, H.A. JASON  
BAGLEY, SUMMER A  
**Period Ending:** 04/23/14

**Trustee:** (330420) JAMES E. STEVENS  
**Filed (f) or Converted (c):** 12/19/12 (f)  
**§341(a) Meeting Date:** 01/17/13  
**Claims Bar Date:** 05/30/13

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) | | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| Ref. # | | | | | | |
| 1 | 7414 Briarcliff Dr, Roscoe,IL<br>Imported from original petition Doc# 1 | 320,000.00 | 0.00 | | 0.00 | FA |
| 2 | 2418 Crosby St, Rockford,IL<br>Imported from original petition Doc# 1 | 100,000.00 | 16,942.00 | OA | 0.00 | FA |
| 3 | 23E Turtle Creek Dr, Tequesta,Fl<br>Imported from original petition Doc# 1 | 90,000.00 | 0.00 | | 0.00 | FA |
| 4 | checking account w/ Riverside Community<br>Imported from original petition Doc# 1 | 500.00 | 0.00 | | 0.00 | FA |
| 5 | older household furniture & personal belongings<br>Imported from original petition Doc# 1 | 500.00 | 0.00 | | 0.00 | FA |
| 6 | necessary wearing apparel<br>Imported from original petition Doc# 1 | 350.00 | 0.00 | | 0.00 | FA |
| 7 | wedding rings & misc. costume jewelry<br>Imported from original petition Doc# 1 | 200.00 | 0.00 | | 0.00 | FA |
| 8 | employer provided term life policy - no cash val<br>Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 9 | IRA<br>Imported from original petition Doc# 1 | 48,000.00 | 0.00 | | 0.00 | FA |
| 10 | Roth<br>Imported from original petition Doc# 1 | 5,000.00 | 0.00 | | 0.00 | FA |
| 11 | 2006 Hyundia Azera<br>Imported from original petition Doc# 1 | 4,500.00 | 0.00 | | 0.00 | FA |
| 12 | 2006 Chrysler Town & Country van<br>Imported from original petition Doc# 1 | 3,500.00 | 0.00 | | 0.00 | FA |
| 13 | Rental payments for 2418 Crosby Street  (u) | Unknown | 2,700.00 | | 2,700.00 | FA |
| **13** | **Assets**  **Totals** (Excluding unknown values) | **$572,550.00** | **$19,642.00** | | **$2,700.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

Exhibit 8

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case Number:** 12-84706  
**Case Name:** BAGLEY, H.A. JASON  
BAGLEY, SUMMER A  
**Period Ending:** 04/23/14

**Trustee:** (330420) JAMES E. STEVENS  
**Filed (f) or Converted (c):** 12/19/12 (f)  
**§341(a) Meeting Date:** 01/17/13  
**Claims Bar Date:** 05/30/13

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Initial Projected Date Of Final Report (TFR):**   June 30, 2014        **Current Projected Date Of Final Report (TFR):**   January 30, 2014  (Actual)

Exhibit 9

# Form 2
## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 12-84706  
**Case Name:** BAGLEY, H.A. JASON  
BAGLEY, SUMMER A  
**Taxpayer ID #:** **-***0539  
**Period Ending:** 04/23/14  

**Trustee:** JAMES E. STEVENS (330420)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******2166 - Checking Account  
**Blanket Bond:** $277,000.00   (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 05/07/13 | {13} | Enisa Prijic | rent payment for May | 1222-000 | 1,100.00 | | 1,100.00 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,090.00 |
| 06/10/13 | {13} | Enisa Prijic | June rent payment | 1222-000 | 800.00 | | 1,890.00 |
| 06/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,880.00 |
| 07/09/13 | {13} | Enisa Prijic | July, 2013 rent | 1222-000 | 800.00 | | 2,680.00 |
| 07/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,670.00 |
| 08/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,660.00 |
| 09/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,650.00 |
| 10/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,640.00 |
| 11/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,630.00 |
| 12/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,620.00 |
| 03/12/14 | 101 | Barrick,Switzer, Long, Balsley & Van Evera | Dividend paid  51.60% on $3,568.00, Attorney for Trustee Fees (Trustee Firm);  Reference: | 3110-000 | | 1,841.14 | 778.86 |
| 03/12/14 | 102 | Barrick, Switzer, Long, Balsley & Van Evera | Dividend paid  51.60% on $834.37, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | 430.55 | 348.31 |
| 03/12/14 | 103 | JAMES E. STEVENS | Dividend paid  51.60% on $675.00, Trustee Compensation;  Reference: | 2100-000 | | 348.31 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 2,700.00 | 2,700.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 2,700.00 | 2,700.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$2,700.00** | **$2,700.00** | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **Checking # ******2166** | 2,700.00 | 2,700.00 | 0.00 |
| | $2,700.00 | $2,700.00 | $0.00 |

{} Asset reference(s)

Printed: 04/23/2014 06:55 AM    V.13.15